IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN PERRY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:14-cv-1194 |
| CABLE NEWS NETWORK, INC., a Delaware corporation, and CNN INTERACTIVE GROUP, INC., a Delaware corporation, | ) ) ) ) ) ) ) | Assigned Judge: Robert W. Gettleman<br><br>Designated Magistrate Judge: Sheila M. Finnegan |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, March 12, 2014, at 9:15 a.m., or as soon thereafter as counsel may be heard, before the Honorable Robert W. Gettleman in Courtroom 1703 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, Defendants Cable News Network, Inc. and CNN Interactive Group, Inc. ("Defendants") will present its Agreed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint, filed and served herewith.

Dated: March 7, 2014.

    /s/ Danielle N. Twait
Clinton E. Cameron
clinton.cameron@troutmansanders.com
Danielle N. Twait
danielle.twait@troutmansanders.com
TROUTMAN SANDERS LLP
55 W. Monroe Street, Suite 3000
Chicago, Illinois 60603
(312) 759-5944 (voice)
(312) 759-1939 (facsimile)

***Attorneys for Defendants***

# CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on March 7, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

>Jay Edelson
>Rafey S. Balabanian
>Benjamin H. Richman
>J. Dominick Larry
>Courtney C. Booth
>EDELSON PC
>350 North LaSalle Street, Suite 1300
>Chicago, IL 60654

This 7th day of March, 2014.

/s/ Danielle N. Twait
*Attorney for Defendants*