## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Ryan Perry | ) | Case No: **14 C 1194** |
| v. | ) | Judge: ROBERT W. GETTLEMAN |
| Cable News Network, Inc. et al | ) | |

### ORDER

Defendants' motion to transfer the case is granted and this case is ordered transferred to the USDC for the Northern District of Georgia.
Status hearing date of 8/27/2014 is stricken.

Date:    August 25, 2014

ROBERT W. GETTLEMAN