IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN PERRY, on behalf of himself and those similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CABLE NEWS NETWORK, INC., and CNN INTERACTIVE GROUP, INC.,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:14-cv-02926-SCJ |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as additional counsel for Plaintiff Ryan Perry in the above-entitled action. Pursuant to FED. R. CIV P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should also be directed to and served upon:

JENNIFER AUER JORDAN
Ga. Bar No. 027857
The Jordan Firm, LLC
1447 Peachtree Street, NE
Suite 880
Atlanta, Georgia  30309
(404) 445-8400
jennifer@thejordanfirm.com

                              BY: /s/Jennifer Auer Jordan
                                  JENNIFER AUER JORDAN
                                  Georgia Bar No. 027857
                                  ATTORNEY FOR PLAINTIFF

The Jordan Firm, LLC
1447 Peachtree Street, NE
Suite 880
Atlanta, Georgia  30309
(404) 445-8400

## Certificate of Compliance

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiff certifies that the pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

                              BY: /s/Jennifer Auer Jordan
                                  JENNIFER AUER JORDAN
                                  Georgia Bar No. 027857
                                  ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN PERRY, on behalf of himself and those similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CABLE NEWS NETWORK, INC., and CNN INTERACTIVE GROUP, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br><br>1:14-cv-02926-SCJ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2014, she electronically filed the foregoing **Notice of Entry of Appearance of Counsel** with the Clerk of Court using the CM/ECF System which will automatically send email notification of such filing to the attorneys of record.

　　　　　　　　　　　　BY: /s/Jennifer Auer Jordan
　　　　　　　　　　　　　　　JENNIFER AUER JORDAN
　　　　　　　　　　　　　　　Georgia Bar No. 027857
　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF