IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RYAN PERRY, individually and on behalf of all others similarly situated, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:14-CV-02926-ELR |
| CABLE NEWS NETWORK, INC., a Delaware Corporation, and CNN INTERACTIVE GROUP, INC., a Delaware Corporation, | * * * * * | |
| Defendants. | * | |

_____

**O R D E R**
_____

Having considered Plaintiff's Unopposed Motion to Stay Proceedings Pending Eleventh Circuit Ruling in *Ellis v. Cartoon Network* (Doc. No. 58), the Court **ORDERS** that said Motion is **GRANTED**. This litigation is **STAYED** pending a ruling by the Eleventh Circuit in Ellis v. Cartoon Network, No. 14-15046. Further, while the Court does not wish to prejudice the parties, it is reluctant to allow this case to languish inactive for such an extended period of time.[1] It is therefore **ORDERED** that this action be **ADMINISTRATIVELY**

---

[1] The Court enjoys the authority "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." Landis v. North American Co., 299 U.S. 248, 254 (1936).

**CLOSED.** The parties shall file a joint status report with the Court within 14 days of the Eleventh Circuit's ruling in <u>Ellis</u>.

**SO ORDERED**, this 6th day of April, 2015.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia