UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN PERRY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC., a Delaware corporation, and CNN INTERACTIVE GROUP, INC., a Delaware corporation<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-02926-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, on the Defendants' Motion to Dismiss, and the Court having **granted** the motion, it is

**Ordered and Adjudged** that this action is **DISMISSED**.

Dated at Atlanta, Georgia this 20th day of April, 2016.

             JAMES N. HATTEN
             CLERK OF COURT


         By:   s/Kayla Washington
             Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
 April 20, 2016
James N. Hatten
Clerk of Court

By:  s/Kayla Washington
   Deputy Clerk